UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LAWRENCE MARC PEARL

      v.                                    3:00CV930 WWE

DHL AIRWAYS, INC. d/b/a
DHL WORLDWIDE EXPRESS

### RULING ON SUPPLEMENTAL BILL OF COSTS

On April 28, 2003, a Ruling was filed granting in part and denying in part defendant's bill of costs. The Ruling disallowed without prejudice to renewal within ten days defendant's claims for fees of the court reporter for various deposition transcripts upon the submission of supporting documentation showing the page rate and number of pages. There was no objection filed to the supplemental bill of costs. For the reasons stated below, the defendant's supplemental bill of costs is granted.

      A. FEES FOR COURT REPORTER: The defendant is entitled to costs for an original and one copy of the transcript and any court reporter attendance fees, to be taxed at the prevailing page rate pursuant to Local Rule 80. Pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures", maximum transcript rates for an original and one copy are $3.75 per page. Postage and handling and charges for delivery of transcripts are not recoverable as costs, Wahl v. Carrier Mfg. Co., Inc. 511 F.2d 209, 217 (7$^{th}$Cir., 1975). Condensed, ASCII disk, expedited or daily transcripts are also not recoverable as costs. Deposition transcripts are taxable if used at trial in lieu of live testimony, for cross-examination, for impeachment or in support of a successful

motion for summary judgment pursuant to Local Rule 54(c)2.(ii), therefore, the defendant's supplemental claims for court reporter's fees are as follows:

1.  The defendant submits claims for the deposition transcripts of Stephen Bourque in the amount of $91.16, Thomas McGowan in the amount of $259.81, James McGugan in the amount of $113.95, Patricia Madigan in the amount of $196.99, John Peruta in the amount of $207.39 and Joseph Raiche and David Whalley in the amount of $298.20.  These claims were submitted with the supporting invoices indicating the page rate and the number of pages and these claims are allowed.

Additional costs are entered in the amount of **$1,184.40**.

E. SUMMARY: For the reasons previously stated, the defendant's supplemental bill of costs is allowed as follows:

Supplemental fees for Court Reporter    $1,184.40

Total                                   $ 1,184.40

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated at Bridgeport, Connecticut, this 20th day of January, 2004.

KEVIN F. ROWE, Clerk

By_____
    Deputy-in-Charge